IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORINNE BUTLER and ANDREA FITZSIMMONS, *on behalf of themselves individually, and on behalf of all others similarly situated* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16-CV-5907 |
| v. | ) ) | Judge Manish S. Shah |
| HOLY CROSS HOSPITAL, SINAI HEALTH SYSTEM, WAYNE LERNER, DIANE HOWARD, JOHN R. BALL, M.D, BARBARA FAHEY, SATYA AHUJA, M.D., CHIA HUANG, M.D., LARRY MARGOLIS, SIVARAMAPRASAD TUMMALA, M.D., HOWARD BERMAN, GARY J. NIEDERPRUEM, SHARON ROSSMARK, YOGI AHULUWALIA, M.D., JOHN BENEVIDES, CHARLES BROWN, DANIEL CANTRELL, ALAN H. CHANNING, JOHN DANAHER, M.D., LESLIE DAVIS, MARK J. FRISCH, AIDA GIACHELLO, NEAL GOLDSTEIN, ALBERT GRACE, JONATHAN JONAS, GARY KELLER, KENNETH A. LUCCIONI, ROBERT MARKIN, GLORIA MATERRE, BRET MAXWELL, WAYNE PIERCE, MAURICE SCHWARTZ, ROBERT SHAKNO, BEN SOLDINGER, ALAN SOLOW, ROBERT STEELE, STEVE TOPEL, TERRY WHEAT, and JOHN and JANE DOES, each an individual, 1-40, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND CERTIFICATION
OF SETTLEMENT CLASS**

Plaintiffs Corinne Butler and Andrea Fitzsimmons, by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on March 9, 2017 (Dkt. Nos. 42 & 43); and (2) granting final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1).[1] Defendants do not oppose the relief sought herein. For the reasons set forth in the accompanying Plaintiffs' Memorandum in Support of Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith, concluding this case.

Dated: May 15, 2017

By: /s/ Mark D. DeBofsky
    Mark D. DeBofsky

    Mark D. DeBofsky
    DEBOFSKY, SHERMAN & CASCIARI, PC
    200 W. Madison Street, Suite 2670
    Chicago, IL 60606

    Karen L. Handorf
    Julie G. Reiser
    COHEN MILSTEIN SELLERS & TOLL, PLLC
    1100 New York Ave., NW, Suite 500 West
    Washington, DC 20005

    Lynn L. Sarko
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101

---

[1] Plaintiffs file the instant Motion contemporaneously with their Motion for Award of Attorneys' Fees and Expenses, and Inventive Fees to the Named Plaintiffs.

2

Chris Graver
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on May 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              s/ Julia Horwitz