IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORINNE BUTLER and ANDREA FITZSIMMONS, *on behalf of themselves individually, and on behalf of all others similarly situated* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16-CV-5907 |
| v. | ) ) | Judge Manish S. Shah |
| HOLY CROSS HOSPITAL, SINAI HEALTH SYSTEM, WAYNE LERNER, DIANE HOWARD, JOHN R. BALL, M.D, BARBARA FAHEY, SATYA AHUJA, M.D., CHIA HUANG, M.D., LARRY MARGOLIS, SIVARAMAPRASAD TUMMALA, M.D., HOWARD BERMAN, GARY J. NIEDERPRUEM, SHARON ROSSMARK, YOGI AHULUWALIA, M.D., JOHN BENEVIDES, CHARLES BROWN, DANIEL CANTRELL, ALAN H. CHANNING, JOHN DANAHER, M.D., LESLIE DAVIS, MARK J. FRISCH, AIDA GIACHELLO, NEAL GOLDSTEIN, ALBERT GRACE, JONATHAN JONAS, GARY KELLER, KENNETH A. LUCCIONI, ROBERT MARKIN, GLORIA MATERRE, BRET MAXWELL, WAYNE PIERCE, MAURICE SCHWARTZ, ROBERT SHAKNO, BEN SOLDINGER, ALAN SOLOW, ROBERT STEELE, STEVE TOPEL, TERRY WHEAT, and JOHN and JANE DOES, each an individual, 1-40, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION
FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND
<u>FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS</u>**

Plaintiffs Corinne Butler and Andrea Fitzsimmons, by and through their attorneys, respectfully move the Court for an Order: (1) approving awards of attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC, Keller Rohrback L.L.P., and DeBofsky, Sherman & Casciari, P.C. ("Class Counsel"); and (2) granting incentive awards to themselves, as class representatives.[1] Defendants do not oppose the relief sought herein. For the reasons set forth in the accompanying Memorandum, Plaintiffs ask that the Court grant Plaintiffs' Motion and award $627,785.81 in attorneys' fees and expenses to Class Counsel, and Incentive Awards of $10,000 to each of the Named Plaintiffs.

Dated: May 15, 2017

By: /s/ Mark D. DeBofsky
Mark D. DeBofsky

Mark D. DeBofsky
DEBOFSKY, SHERMAN & CASCIARI, PC
200 W. Madison Street, Suite 2670
Chicago, IL 60606

Karen L. Handorf
Julie G. Reiser
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005

Lynn L. Sarko
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Chris Graver
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

---

[1] Plaintiffs file the instant Motion contemporaneously with their Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Julia Horwitz